UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BELT,　　　　　　　　　　　　　 | No. C 09-5932 MHP (pr) |
| 　　　　　Plaintiff, | **ORDER OF TRANSFER** |
| 　　v. | |
| SUE SUMMERSET; et al., | |
| 　　　　　Defendants. | |

James Belt filed this civil rights action under 42 U.S.C. § 1983, complaining of events or omissions that occurred at the Ironwood State Prison in Blythe, California. Blythe is in Riverside County, within the venue of the Central District of California. Some of the defendants allegedly do business at that prison, although at least one defendant is an employee at the CDCR in Sacramento and apparently resides in the Eastern District of California. No defendant is alleged to reside in the Northern District. Venue therefore would be proper in the Central District and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Central District of California. The clerk shall transfer this matter.

　　　　IT IS SO ORDERED.

Dated: March 31, 2010　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Marilyn Hall Patel
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge